**SO ORDERED.**

**SIGNED this 9th day of September, 2026.**

Mitchell L. Herren
Chief United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| In re: Rodney Alan Rippe,<br>Katelyn Jo Rippe,<br>*Debtors,* | Case No.: 26-10671 |
| STATE OF KANSAS, *ex rel.*<br>KRIS W. KOBACH, Attorney General,<br>*Plaintiff,*<br><br>v.<br><br>RODNEY ALAN RIPPE,<br>*Defendant.* | Adversary No.: 26-05034 |

---

**AGREED ORDER DETERMINING NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(2)(A) AND § 523(a)(7)**

---

NOW, on this day, the Court comes to consider the joint agreement and stipulation of Plaintiff, the State of Kansas, *ex rel.* Kris W. Kobach, Attorney General (appearing by and through Assistant Attorney General Paul Shipp), and Defendant Rodney Alan Rippe (appearing by and through counsel January M. Bailey), regarding the determination of nondischargeability

of debt in the above-captioned adversary proceeding. The parties agree that no hearing is necessary and represent to the Court, and the Court finds, as follows:

1. On August 27, 2026, Plaintiff filed its Complaint to Determine Nondischargeability of Debt in this adversary proceeding, seeking a judgment declaring certain debts owed by Defendant Rodney Alan Rippe to be nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) and § 523(a)(7).
2. The debts arise out of a formal Journal Entry of Consent Judgment entered on April 10, 2026, in the District Court of Ellis County, Kansas, Case No. EL-2025-CV-000143, wherein Defendant stipulated and admitted to violations of the Kansas Consumer Protection Act (KCPA) involving fraud, false pretenses, and actual fraud. The Consent Judgement was attached to the Complaint as Exhibit 3 and is incorporated herein.
3. Defendant Rodney Alan Rippe and his counsel have stipulated, agreed, and consented to the entry of this Order, acknowledging that the restitution, investigative fees, and civil penalties awarded in the state court action are excepted from discharge under the Bankruptcy Code.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1. That the consumer restitution judgment in the total amount of $1,192,208.75, plus statutory interest pursuant to K.S.A. 16-204, payable to the affected consumers, their heirs, successors, and assigns as set forth in the underlying state court judgment (Ellis County District Court Case No. EL-2025-CV-000143), is hereby declared NONDISCHARGEABLE in this bankruptcy case pursuant to 11 U.S.C. § 523(a)(2)(A).
2. That the investigative fees in the amount of $20,000.00 and civil/enhanced penalties in the amount of $480,000.00 (subject to the conditional suspension and compliance terms

outlined in the state court Consent Judgment) are hereby declared NONDISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(7).

3. Each party shall bear its own attorney's fees and costs incurred in connection with this adversary proceeding.

**IT IS SO ORDERED.**

# # #

SUBMITTED AND APPROVED BY:
OFFICE OF THE KANSAS ATTORNEY GENERAL

By: /s/ Paul Shipp

______________________________

Paul Shipp, #20263
Assistant Attorney General
Public Protection Division
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785-296-3751
Fax: 785-291-3699
Email: paul.shipp@ag.ks.gov
*Attorney for Plaintiff State of Kansas*

AGREED TO AND APPROVED BY:
*/s/ January M. Bailey*

______________________________

January M. Bailey, #23926
Prelle Eron & Bailey, PA
301 N. Main St., Suite 200
Wichita, KS 67202
Tel: 316-262-5500
Fax: 316-262-5559
Email: january@eronlaw.net
*Attorney for Defendant Rodney Alan Rippe*